# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TREVAR MORRIS, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 09-694 |
| | ) Judge Terrence F. McVerry/ |
| v. | ) Magistrate Judge Cathy Bissoon |
| | ) |
| SGT. SCHOMPERT; CO THOMAS | ) |
| CO HALFHILL; CO SHIEVE; | ) |
| CO COLLINS; 7 CO PENNELTEN | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 17th day of October, 2011, the Plaintiff, Trevar Morris, having filed a Complaint [ECF No. 6] in this matter, the Defendants responded by filing a Motion for Summary Judgment [ECF No. 25]. A Report and Recommendation [ECF No. 31] was filed by the Magistrate Judge granting the parties until September 27, 2011 to file Objections. No Objections were filed. Upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation that the Defendants' Motion be granted, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment [ECF No. 25] is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff's pending Motion for Appointment of Counsel [ECF No. 29] is denied as moot.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, should the Plaintiff desire to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided in Fed. R. App. P. 3.

The Clerk is directed to mark this matter closed.

                                          s/ Terrence F. McVerry
                                          Terrence F. McVerry
                                          United States District Judge

Dated:  October 17, 2011

cc:    Counsel of Record via CM-ECF


       Trevar Morris
       EK-7203
       SCI Lau
       P.O. Box 631
       5706 Glades Pike
       Somerset, PA  15501